| | | |
|---|---|---|
| 1 | KEVIN V. RYAN (CABN 118321)<br>United States Attorney | **FILED** |
| 2 | | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division | JUN  8 2006 |
| 4 | TIMOTHY J. LUCEY (CABN 172332)<br>Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 5 | | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7152 | |
| 7 | Facsimile: (415) 436-7234 | |
| 8 | Attorneys for Plaintiff | |

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 03-05-71018 EDL |
| Plaintiff, | ) ) | [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 7, 2006 TO JULY 6, |
| v. | ) ) | 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § |
| ISAAC RIVAS MALDONADO, | ) ) | 3161(h)(8)(A)) |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of July 6, 2006 at 9:30 a.m. before the duty magistrate judge, as well as documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 7, 2006, to July 6, 2006. The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for the United States to provide discovery to the defense, and defense counsel's need to reveiw discovery to effectively prepare the case.

3. Counsel for the defendant believes that postponing the preliminary hearing is in his

1 | client's best interest, and that it is not in his client's interest for the United States to indict the
2 | case before the July 6, 2006 preliminary hearing date.
3 |    4. The Court finds that, taking into the account the public interest in the prompt disposition
4 | of criminal cases, these grounds are good cause for extending the time limits for a preliminary
5 | hearing under Federal Rule of Criminal Procedure 5. Given these circumstances, the Court finds
6 | that the ends of justice served by excluding the period from Jun 7, 2006, to July 6, 2006,
7 | outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).
8 |    5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
9 | hearing date of July 6, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders that the
10 | period from June 7 to July 6, 2006 be excluded from the time for preliminary hearings under
11 | Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18 U.S.C. §
12 | 3161(h)(8)(A)&(B)(iv).

STIPULATED:

DATED: 6·7·06

STEPHEN M. GALLENSON
Attorney for Defendant

DATED: 7/7/06

TIMOTHY J. LUCEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED 6-8-06

MARIA ELENA JAMES
United States Magistrate Judge

2

TOTAL P.03