1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division                                    E-Filing

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7152
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                      UNITED STATES MAGISTRATE COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,              )  No.   CR 03-05-~~1018~~ 7118 EDL
                                          )
13         Plaintiff,                     )  [~~PROPOSED~~] ORDER EXCLUDING
                                          )  TIME FROM JULY 6, 2006 TO
14      v.                                )  AUGUST 3, 2006 FROM THE SPEEDY
                                          )  TRIAL ACT CALCULATION
15 ISAAC RIVAS MALDONADO,                 )  [18 U.S.C. § 3161(h)(8)(A)]
                                          )
16         Defendant.                     )
                                          )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters this

19 order scheduling an arraignment or preliminary hearing date of August 3, 2006 at 9:30 a.m.

20 before the duty magistrate judge, as well as documenting the defendant's waiver of the

21 preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time

22 under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 6, 2006, to August 3, 2006. The

23 parties agree, and the Court finds and holds, as follows:

24      1. The defendant is out of custody.

25      2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the

26 need for the United States to provide discovery to the defense, and defense counsel's need to

27 review discovery to effectively prepare the case.

28      3. Counsel for the defendant believes that postponing the preliminary hearing is in his

1  client's best interest, and that it is not in his client's interest for the United States to indict the
2  case before the August 3, 2006 preliminary hearing date. In addition, counsel for the
3  government was out of the office on extended family medical leave for the almost the entire
4  period of the prior continuance, such the parties were able to confer about discovery issues as
5  well as possible disposition of the matter prior to indictment.
6      4. The Court finds that, taking into the account the public interest in the prompt disposition
7  of criminal cases, these grounds are good cause for extending the time limits for a preliminary
8  hearing under Federal Rule of Criminal Procedure 5. Given these circumstances, the Court finds
9  that the ends of justice served by excluding the period from July 6, 2006, to August 3, 2006,
10 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).
11     5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
12 hearing date of August 3, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders that
13 the period from July 6, 2006 to August 3, 2006, be excluded from the time for preliminary
14 hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18
15 U.S.C. § 3161(b)(8)(A)&(B)(iv).
16
17 STIPULATED:
18
19 DATED: 7·5·06
20                        STEPHEN M. GALLENSON
                         Attorney for Defendant
21
22 DATED:
23                        TIMOTHY J. LUCEY
                         Assistant United States Attorney
24
25 IT IS SO ORDERED.
26
27 DATED:
28                        EDWARD M. CHEN
                         United States Magistrate Judge

1  client's best interest, and that it is not in his client's interest for the United States to indict the
2  case before the August 3, 2006 preliminary hearing date. In addition, counsel for the
3  government was out of the office on extended family medical leave for the almost the entire
4  period of the prior continuance, such the parties were able to confer about discovery issues as
5  well as possible disposition of the matter prior to indictment.
6      4. The Court finds that, taking into the account the public interest in the prompt disposition
7  of criminal cases, these grounds are good cause for extending the time limits for a preliminary
8  hearing under Federal Rule of Criminal Procedure 5. Given these circumstances, the Court finds
9  that the ends of justice served by excluding the period from July 6, 2006, to August 3, 2006,
10 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).
11     5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
12 hearing date of August 3, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders that
13 the period from July 6, 2006 to August 3, 2006, be excluded from the time for preliminary
14 hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18
15 U.S.C. § 3161(h)(8)(A)&(B)(iv).
16
17 STIPULATED:
18
19 DATED:_____
    STEPHEN M. GALLENSON
20     Attorney for Defendant
21
22 DATED: July 5, 2006
    TIMOTHY J. LUCEY
23     Assistant United States Attorney
24
25 IT IS SO ORDERED.
26
27 DATED: 7/6/06
    EDWARD M. CHEN
28     United States Magistrate Judge

2