1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7152
7     Facsimile: (415) 436-7234

8  Attorneys for United States of America

9              UNITED STATES MAGISTRATE COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No.    CR 03-05-71018 EDL
                                     )
13         Plaintiff,                )    [PROPOSED] ORDER EXCLUDING
                                     )    TIME FROM AUGUST 3, 2006 TO
14  v.                               )    AUGUST 31, 2006 FROM THE SPEEDY
                                     )    TRIAL ACT CALCULATION
15  ISAAC  RIVAS MALDONADO,          )    [18 U.S.C. § 3161(h)(8)(A), (B)]
                                     )
16         Defendant.                )
    _____)

17

18        With the agreement of the parties, and with the consent of the defendant, the Court enters this

19  order scheduling an arraignment or preliminary hearing date of August 31, 2006 at 9:30 a.m.

20  before the duty magistrate judge, as well as documenting the defendant's waiver of the

21  preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time

22  under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 3, 2006, to August 31, 2006.  The

23  parties agree, and the Court finds and holds, as follows:

24        1.  The defendant is out of custody.

25        2.  The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the

26  need for the United States to provide discovery to the defense, and defense counsel's need to

27  review discovery to effectively prepare the case.

28        3.  Counsel for the defendant believes that postponing the preliminary hearing is in his

client's best interest, and that it is not in his client's interest for the United States to indict the case before the August 31, 2006 preliminary hearing date.  Defense counsel has requested certain discovery relating to the defendant be obtained from the Drug Enforcement Administration as well as local law enforcement agencies in Sonoma County.  That information, which is voluminous, has been compiled by government and is being produced to the defense.  As the material is still being provided to the defense, defense counsel will need several weeks, at minimum, to review and analyze that material and thereafter meet with his client to discuss a pre-indictment disposition in light of the information contained in the discovery.

4.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 3, 2006, to August 31, 2006, outweigh the best interest of the public and the defendant in a speedy trial and ensure effective preparation of counsel.  Id. § 3161(h)(8)(A) and (B).

5.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date of August 31, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders that the period from August 31, 2006 to August 3, 2006, be excluded from the time for preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

**STIPULATED:**

DATED:   August 2, 2006                    _____/S/_____
                                           STEPHEN M. GALLENSON
                                           Attorney for Defendant


DATED: August 2, 2006                      _____/S/_____
                                           TIMOTHY J. LUCEY
                                           Assistant United States Attorney


**IT IS SO ORDERED.**


**DATED: August 3, 2006**                  _____
                                           **JOSEPH C. SPERO**
                                           **United States Magistrate Judge**

2