Stephen M. Gallenson, CSB #104447
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Defendant
ISAAC RIVAS MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Number:  CR 03-05-71018 EDL |
| Plaintiff, | **STIPULATION AND [proposed] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| ISAAC RIVAS MALDONADO, | |
| Defendant.                             / | |

THE PARTIES HEREBY stipulate and agree, subject to the Court's approval, that the defendant's release conditions be modified as follows: that the defendant no longer be subjected to a curfew at the direction of Pretrial Services as previously imposed by the Court. The defendant shall remain subject to all other release conditions previously imposed.

TO MODIFY CONDITIONS OF RELEASE                1                CR 03-05-71018 EDL

1 | **IT IS SO STIPULATED.**

2 | DATED: __10.3.06__

3 | STEPHEN M. GALLENSON

4 | DATED: __10/3/06__

5 | TIMOTHY LUCEY
6 | Assistant United States Attorney

7 |
8 |
9 | **IT IS SO ORDERED.**

10 | DATED: __10/6/06__

11 | United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER     2     CR 03-05-71018 EDL
TO MODIFY CONDITIONS OF RELEASE