1  KEVIN V. RYAN (CABN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7152
7  Facsimile: (415) 436-7234

8  Attorneys for United States of America

**FILED**

**OCT 1 3 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES MAGISTRATE COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No.    CR 03-0571018 EDL
                                     )
13        Plaintiff,                 )    [PROPOSED] ORDER EXCLUDING
                                     )    TIME FROM OCTOBER 13, 2006 TO
14  v.                               )    OCTOBER 24, 2006 FROM THE SPEEDY
                                     )    TRIAL ACT CALCULATION
15  ISAAC  RIVAS MALDONADO,          )    [18 U.S.C. § 3161(h)(8)(A), (B)]
                                     )
16        Defendant.                 )
                                     )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters this

19  order scheduling an arraignment or preliminary hearing date of October 24, 2006 at 9:30 a.m.

20  before the duty magistrate judge, as well as documenting the defendant's waiver of the

21  preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time

22  under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 13, 2006, to October 24, 2006.

23  The parties agree, and the Court finds and holds, as follows:

24      1.  The defendant is out of custody.

25      2.  The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the

26  need for the United States to provide discovery to the defense, and defense counsel's need to

27  review discovery to effectively prepare the case.

28      3.  Counsel for the defendant believes that postponing the preliminary hearing is in his

1  client's best interest, and that it is not in his client's interest for the United States to indict the

2  case before the October 13, 2006 preliminary hearing date.  More specifically, the defendant and

3  counsel have now completed their review of voluminous discovery relevant to the defendant and

4  underlying events provided by the Drug Enforcement Administration as well as local law

5  enforcement agencies in Sonoma County.  The parties have reached an agreement in principal to

6  resolve the matter short of indictment and trial but need approximately 10 days to complete their

7  discussions and reduce the agreement to writing.

8       4. The Court finds that, taking into the account the public interest in the prompt disposition

9  of criminal cases, these grounds are good cause for extending the time limits for a preliminary

10  hearing under Federal Rule of Criminal Procedure 5.  Given these circumstances, the Court finds

11  that the ends of justice served by excluding the period from October 13, 2006, to October 24,

12  2006, outweigh the best interest of the public and the defendant in a speedy trial and ensure

13  effective preparation of counsel.  Id. § 3161(h)(8)(A) and (B).

14       5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary

15  hearing date of October 24, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders

16  that the period from October 13, 2006 to October 24, 2006, be excluded from the time for

17  preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act

18  calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

19  **STIPULATED:**

20  DATED: _____

21                                                        STEPHEN M. GALLENSON
                                                          Attorney for Defendant

22

23  DATED: _10/13/06_

24                                                        TIMOTHY J. LUCEY
                                                          Assistant United States Attorney

25  **IT IS SO ORDERED.**

26

27  **DATED:** _10/13/06_

28                                                        **NANDOR VADAS**
                                                          **United States Magistrate Judge**

2