1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234

8  Attorneys for United States of America

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,         )   No.   CR 06 - 0737 CRB
                                     )
13      Plaintiff,                   )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME FROM DECEMBER 13, 2006 TO
14      v.                           )   JANUARY 31, 2007 FROM THE SPEEDY
                                     )   TRIAL ACT CALCULATION
15 ISAAC RIVAS MALDONADO,            )   [18 U.S.C. § 3161(h)(8)(A), (B)]
                                     )
16      Defendant.                   )
                                     )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order continuing the matter for change of plea from December 13, 2006 until January 31,

20 2007, at 2:15 p.m. before this Court as well as documenting the exclusion of time under the

21 Speedy Trial Act, 18 U.S.C. § 3161(b), from December 13, 2006, to January 31, 2007.  The

22 parties agree, and the Court finds and holds, as follows:

23      1.  The defendant is out of custody.

24      2.  The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

25 the need for the parties to exchange and analyze additional information and discovery and

26 continue to finalize the terms of a plea agreement to the pending information.

27      4.  The Court finds that, given these circumstances, the Court finds that the ends of justice

28 served by excluding the period from December 13, 2006, to January 31, 2007, outweigh

1 the best interest of the public and the defendant in a speedy trial and ensure effective preparation
2 of counsel.  Id. § 3161(h)(8)(A) and (B).
3     5.  Accordingly, and with the consent of the defendant, the Court (1) continues the matter
4 until January 31, 2007 before this Court at 2:15 p.m.; and (2) orders that the period from
5 December 13, 2006 to January 31, 2007, be excluded under Speedy Trial Act calculations under
6 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).
7 **STIPULATED:**

8 DATED: December 18, 2006            /S/
9                                     STEPHEN M. GALLENSON
                                      Attorney for Defendant
10
11 DATED: December 18, 2006            /S/
                                      TIMOTHY J. LUCEY
12                                    Assistant United States Attorney

13 **IT IS SO ORDERED.**

15 DATED: Dec. 13, 2006
16                                    **HON. CHARLES R. BREYER**
                                      **United States District Judge**

IT IS SO ORDERED
Judge Charles R. Breyer

2