1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4
   TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234

8  Attorneys for United States of America

9                   UNITED STATES MAGISTRATE COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )    No.    CR 06 - 0737 CRB
                                    )
13     Plaintiff,                   )    [PROPOSED] ORDER EXCLUDING
                                    )    TIME FROM DECEMBER 13, 2006 TO
14     v.                           )    JANUARY 31, 2007 FROM THE SPEEDY
                                    )    TRIAL ACT CALCULATION
15 ISAAC RIVAS MALDONADO,           )    [18 U.S.C. § 3161(h)(8)(A), (B)]
                                    )
16     Defendant.                   )
                                    )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order continuing the matter for change of plea from January 31, 2007 until February 14,

20 2007, at 2:15 p.m. before this Court as well as documenting the exclusion of time under the

21 Speedy Trial Act, 18 U.S.C. § 3161(b), from January 31, 2007, to February 14, 2007. The parties

22 agree, and the Court finds and holds, as follows:

23      1. The defendant is out of custody and continues to reside in Sonoma County.

24      2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

25 the need for the parties to exchange and analyze additional information and discovery and

26 continue to finalize the terms of a plea agreement to the pending information. In particular, the

27 parties are continuing to analyze evidence relative to the amount of marijuana plants that can be

28 reasonably tied to the defendant's conduct as part of a wider conspiracy. This analysis will

1  effect the defendant's culpability and exposure under the Sentencing Guidelines.  Such
2  discussion between the parties is critical to the parties' efforts to resolve this matter short of trial
3  and/or a contested hearing on the issue of drug weight and drug amounts.  The parties believe
4  that a short, two-week continuance will allow the parties to either resolve this issue or permit the
5  parties to submit the issue to the Court for a hearing as part of a negotiated plea.
6  	4.	The Court finds that, given these circumstances, the Court finds that the ends of justice
7  served by excluding the period from January 31, 2007, to February 14, 2007, outweigh
8  the best interest of the public and the defendant in a speedy trial and ensure effective preparation
9  of counsel.  Id. § 3161(h)(8)(A) and (B).
10  	5.	Accordingly, and with the consent of the defendant, the Court (1) continues the matter
11  until February 14, 2007 before this Court at 2:15 p.m.; and (2) orders that the period from
12  January 31, 2007 to February 14, 2007, be excluded under Speedy Trial Act calculations under
13  18 U.S.C. § 3161(h)(8)(A)&(B)(iv).
14  **STIPULATED:**

15  DATED: January 30, 2006		/S/ Stephen M. Gallenson
16  					STEPHEN M. GALLENSON
					Attorney for Defendant
17

18  DATED: January 30, 2006		/S/ Timothy J. Lucey
					TIMOTHY J. LUCEY
19  					Assistant United States Attorney

20  **IT IS SO ORDERED.**
21
22  **DATED:** Janaury 31, 2007
23  					**HON. CHARLES R. BREYER**
					**United States District Court**

