Stephen M. Gallenson, CSB #104447
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Defendant
ISAAC RIVAS MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ISAAC RIVAS MALDONADO,<br><br>　　　　　　　　　Defendant.<br>_____ / | CR-06-0737 CRB<br>Criminal Number: CR 03-05-71018 EDL<br><br>**STIPULATION AND [proposed] ORDER TO MODIFY CONDITIONS OF RELEASE (Travel)** |

THE PARTIES HEREBY stipulate and agree, subject to the Court's approval, that the defendant be allowed to travel to Reno, Nevada for a family gathering on Saturday, February 3, 2007 and returning no later than Sunday, February 4, 2007.

**IT IS SO STIPULATED.**

DATED: February 2, 2007　　　　　　　　　/s/ Stephen M. Gallenon_____
　　　　　　　　　　　　　　　　　　　　　STEPHEN M. GALLENSON


DATED: February 2, 2007　　　　　　　　　/s/ Timothy Lucey_____
　　　　　　　　　　　　　　　　　　　　　TIMOTHY LUCEY
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  February 2, 2007          _____
                                  **HON. CHARLES R. BREYER**
                                  **United States District C**

