SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7152
    Facsimile: (415) 436-7234

Attorneys for United States of America

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 06 - 0737 CRB |
|     Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
|     v. ) | [18 U.S.C. § 3161(h)(8)(A), (B)] |
| ISAAC RIVAS MALDONADO, ) | |
|     Defendant. ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the matter for change of plea from March 28, 2007 until April 11, 2007, at 2:15 p.m. before this Court as well as documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 28, 2007, to April 11, 2007.  The parties agree, and the Court finds and holds, as follows:

    1. The defendant is out of custody and continues to reside in Sonoma County.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for the parties to confer about the legal issues relating to the legal issue of foreseeability as it relates to the nature of the defendant's alleged criminal activity in order to finalize the terms of a plea agreement to the pending information.  In particular, the parties are continuing to analyze evidence relative to the amount of marijuana plants that can be reasonably tied to the

defendant's conduct as part of a wider conspiracy.  This analysis will effect the defendant's culpability and exposure under the Sentencing Guidelines.  Such discussion between the parties is critical to the parties' efforts to resolve this matter short of trial and/or a contested hearing on the issue of drug weight and drug amounts.  The parties believe that a short, two-week continuance will allow the parties to either resolve this issue or permit the parties to submit the issue to the Court for a hearing as part of a negotiated plea.  This continuance is also necessary to accommodate the conflicting schedules of the counsel to the respective parties.

4. The Court finds that, given these circumstances, the Court finds that the ends of justice served by excluding the period from March 28, 2007, to April 11, 2007, outweigh the best interest of the public and the defendant in a speedy trial and ensure effective preparation of counsel.  Id. § 3161(h)(8)(A) and (B).

5. Accordingly, and with the consent of the defendant, the Court (1) continues the matter until April 11, 2007 before this Court at 2:15 p.m.; and (2) orders that the period from March 28, 2007 to April 11, 2007, be excluded under Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

**STIPULATED:**

DATED: March 27, 2007        /S/ Stephen M. Gallenson
                             STEPHEN M. GALLENSON
                             Attorney for Defendant

DATED: March 27, 2007        /S/ Timothy J. Lucey
                             TIMOTHY J. LUCEY
                             Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED:** March 30, 2007
                             **HON. CHARLES R. BREYER**
                             **United States District Court**

IT IS SO ORDERED
Judge Charles R. Breyer

2